IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROB BONTA, et al.,<br><br>　　　　Defendants. | No.  2:23-CV-1065-DJC-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.   The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California Local Rules.

　　　　On December 5, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the findings and recommendations have been filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion at ECF No. 24 is construed as further objections and otherwise is DENIED.

2. The findings and recommendations filed December 5, 2023, ECF No. 23, are adopted in full.

3. This action is DISMISSED for failure to state a claim upon which relief can be granted.

4. This Order resolves all pending motions.

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 14, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2