**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN CARLOS CALDERON, | No.  2:23-CV-1065-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| ROB BONTA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to  42 U.S.C. § 1983.   The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On April 16, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.     The findings and recommendations filed April 16, 2026, ECF No. 29, are adopted in full.

2.     Plaintiff's motion for reconsideration, ECF No. 28, is denied as untimely.

3.     This action remains closed.

IT IS SO ORDERED.

Dated:    **May 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE